E-FILED
Tuesday, 30 January, 2018  03:03:40 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 16 CV 1054 |
| CITY OF PEORIA, SHAWN CURRY, | ) | |
| KEITH McDANIEL, ROGER MARTIN, | ) | Judge Sara Lynn Darrow |
| and other as-yet unidentified Peoria Police | ) | |
| Officers, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW APPEARANCE OF ELIZABETH A. EKL

James G. Sotos, an attorney of The Sotos Law Firm, P.C., hereby moves to withdraw the appearance of Elizabeth A. Ekl as counsel for Defendants City of Peoria, Shawn Curry, Keith McDaniel, and Roger Martin ("Defendants"), in the present matter.

In support of this motion, the undersigned states:

1.      As of January 31, 2018, Elizabeth A. Ekl will no longer be employed by The Sotos Law Firm, P.C., the firm representing the Defendants in this matter.

2.      James G. Sotos, Laura M. Ranum, Joseph M. Polick and Jeffrey R. Kivetz will remain as counsel for Defendants.

Defendants respectfully request that this Honorable Court enter an order permitting the withdrawal of Elizabeth A. Ekl's appearance as counsel in this matter.

Dated: January 30, 2018              Respectfully submitted,

                                     /s/ James G. Sotos
                                     JAMES G. SOTOS, Attorney No. 6191975
                                     *One of the Attorneys for Village Defendants*

James G. Sotos
Laura M. Ranum
Joseph M. Polick

1

Jeffrey R. Kivetz
THE SOTOS LAW FIRM, P.C.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
jsotos@jsotoslaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Tuesday, January 30, 2018, I electronically filed the foregoing **Motion to Withdraw Appearance of Elizabeth A. Ekl** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

***Attorney for Plaintiff:***
Arthur Loevy
Jonathan I. Loevy
Elizabeth N. Mazur
Sam Heppell
LOEVY & LOEVY
Suite 100
312 N May St
Chicago, IL 60607
312-243-5900
loevylaw@loevy.com
jon@loevy.com
elizabethm@loevy.com
samh@loevy.com

/s/ James G. Sotos
JAMES G. SOTOS, Attorney No. 6191975
*One of the Attorneys for Individual Defendants*

3